SAO 91 (Rev. 10/95) Criminal Complaint

Case 2:08-mj-00299-DB   Document 1   Filed 08/26/08   Page 1 of 3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

FILED

AUG 2 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

oOo

UNITED STATES OF AMERICA
v.

JAVIER MONTANEZ JR
date of birth 02/11/1987

Approved
AUSA R. Soday 8/26/2008

**CRIMINAL COMPLAINT**

CASE NUMBER

2:08-MJ-0299 DAD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 1/7/2006, in Sacramento County, in the Eastern District of California defendant that JAVIER MONTANEZ JR, date of birth 02/11/1987, did,

(Track Statutory Language of Offense)

- flee, move, or travel in interstate or foreign commerce with intent to avoid prosecution for felony offense

in violation of Title 18, United States Code, Section 1073. I further state that I am a(n) Special Agent, FBI, and that this complaint is based on the following facts:

- See Attached Affidavit

_X_ Continued on the attached sheet and made a part hereof.

Signature of Complainant Dennis Serna
Special Agent, FBI

Sworn to before me, and subscribed in my presence

August 26 2008                           at     Sacramento, California
Date                                             City and State

DALE A. DROZD
U.S. Magistrate Judge                            Dale A. Drozd
Name and Title of Judicial Officer               Signature of Judicial Officer

## AFFIDAVIT

1. The undersigned affiant, Dennis Serna, is a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and has been so employed since February, 2007. The affiant has over eleven years of law enforcement experience stemming from employment as a Deputy Sheriff and Police Detective in the State of New Mexico, beginning in February, 1997 through January, 2007. The affiant is currently assigned to the Violent Crimes Squad of the Sacramento Division of the FBI. The affiant's investigative duties include violent crimes, bank robberies and fugitives.

2. The statements contained in this affidavit are based on information provided by law enforcement officers/agents of the FBI, the Galt Police Department, and officers from other law enforcement agencies with whom the affiant has spoken with or whose reports the affiant has read, and the affiant's own investigation and percipient knowledge. Based on the following information, the affiant believes probable cause exists that JAVIER MONTANEZ JR., date of birth 02/11/1987, violated Title 18, United States Code, 1073 - Unlawful Flight to Avoid Prosecution. This affidavit does not relate all facts, information, or evidence, concerning MONTANEZ's offenses.

3. On 01/06/2006, at approximately 11:41 P.M, Galt Police (GPD) responded to the vicinity of 782 Moose Creek Way in Galt, County of Sacramento, CA, in reference to a party/fight involving approx 50 subjects. Upon law enforcement arrival, a male, identified as Clinton Poole, was discovered lying on the floor in the entry area of 782 Moose Creek Way. The male, Poole, was barely breathing with a stab wound to the chest. Poole was pronounced dead shortly thereafter.

4. Subsequent investigation revealed that the party/fight began to dissipate once someone mentioned to the party/fight participants that the police were en route. As JAVIER MONTANEZ JR. was leaving the party/fight, he encountered Poole. Poole was not a participant in the party/fight. Poole was a bystander/observer in the area of the porch of his residence at 782 Moose Creek Way.

5. Again, as MONTANEZ was leaving the party/fight, MONTANEZ saw Poole and then directed his attention to Poole and asked Poole: "What he was fucking looking at?" Poole's response was that he was not part of the fight and he was just out on his porch. MONTANEZ and some of his associates then jumped Poole. The assailants knocked Poole to the ground, kicking and punching him. Poole managed to briefly get away, but in the front area of his residence, 782 Moose Creek Way, MONTANEZ (using a large knife) lunged at Poole. MONTANEZ inflicted a fatal stab wound to Poole's chest. Afterwards, MONTANEZ fled the scene.

6. GPD obtained a felony arrest warrant for MONTANEZ, charging him with one count of violating California Penal Code (PC) 187 - Murder.

7. MONTANEZ lived with his parents at the time of the homicide. During follow-up investigation, GPD conducted various court authorized searches of MONTANEZ's property and his parents' residence. After one of the searches, law enforcement overheard MONTANEZ's sister state to MONTANEZ's mother that MONTANEZ was "out of the country." MONTANEZ's family has close relatives in the country of Mexico.

8. During a 01/27/2006 interview, MONANEZ's father advised law enforcement that he has not seen or heard from his son.

9. On 03/22/2007 (over one year after the homicide), law enforcement again contacted MONTANEZ's mother and she again relayed that they have not seen or heard from their son. Law enforcement has determined that MONTANEZ's mother has been to Mexico to visit "family" on several occasions since MONTANEZ fled.

10. For the reason set forth herein, it is believed that MONTANEZ fled the State of California to avoid prosecution for a felony offense and he remains a fugitive. The Sacramento County District Attorney's Office will extradite MONTANEZ from anywhere in the world.

11. Based on the aforementioned facts and circumstances, the undersigned affiant believes there is probable cause that JAVIER MONTANEZ JR., date of birth 02/11/1987, has fled the State of California to avoid prosecution. This purposeful flight places MONTANEZ in violation of the Title 18, United States Code, Section 1073 - Unlawful Flight to Avoid Prosecution.

_____
DENNIS SERNA
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 26th day of August 2008.

_____
HON. DALE A. DROZD
United States Magistrate Judge
Eastern District of California

Read and Approved as to form and content:

_____
MICHELLE RODRIGUEZ
Assistant United States Attorney
8/26/08

2